UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

HERMAN JAMES JOHN III,

          Defendant.

Case No. 19-532 PLM

DETENTION ORDER

<u>Offenses charged</u>:

    Count 1:    Assault Resulting in Serious Bodily Injury, 18 U.S.C. §§ 113(a)(6) and 1153; and

    Count 2:    Assault Resulting in Serious Bodily Injury, 18 U.S.C. §§ 113(a)(6) and 1153.

<u>Date of Detention Hearing</u>:  November 1, 2019

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. Defendant's criminal history indicates that he has failed to appear for court ordered hearings on numerous occasions.

2. Defendant appears to have been eluding law enforcement when the alleged crimes

in this case occurred.

3. Defendant was not interviewed by Pretrial Services. Therefore, there is limited information available about him.

4. Defense counsel did not contest the Motion for Detention.

5. Defendant poses a serious risk of flight due to his history of failures to appear and his alleged eluding law enforcement. There does not appear to be any condition or combination of conditions that will reasonably assure the Defendant's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Defendant is confined shall deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to

//

counsel for the Defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 1st day of November, 2019.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3